STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANBEE C. KIM (NYBN 5431523)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Danbee.kim2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:22-CR-00461 JD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| v. | |
| CAROLYNE MICHELLE MORGAN, RHIANNON STEWART, | |
| Defendant. | |

The parties to the above-captioned matter respectfully request that the status conference in this case currently set for March 27, 2023 be continued to May 1, 2023. The parties met and conferred about the protective order, a process that took several weeks, and having reached an agreement on the parameters of the protective order (ECF 19), discovery will be produced later this month. The parties jointly request the status conference be continued in order to allow for discovery review and plea negotiations.

The parties further stipulate and agree that in the interest of justice, time from March 27, 2023, through May 1, 2023, should be excluded from computation under the Speedy Trial Act in order to allow counsel time to review discovery produced by the government. 18 U.S.C. § 3161(h)(7)(A),

(B)(iv). The parties additionally stipulate that the ends of justice served by excluding the period outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED.**

STEPHANIE M. HINDS
United States Attorney

Dated: March 21, 2023

\_\_/s/_____
Danbee Kim
Assistant United States Attorney

\_\_/s/_____
Robert Waggener
Counsel for Defendant Morgan

\_\_/s/_____
Elizabeth Falk
Counsel for Defendant Stewart

STIPULATION TO CONTINUE STATUS AND TO EXCLUDE TIME AND [PROPOSED] ORDER
3:22-CR-00461 JD

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the status conference in the above-captioned matter is continued to May 1, 2023, in San Francisco, Courtroom 11, 19th Floor before Judge James Donato.

Further, based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds the ends of justice served by excluding the time from March 27, 2023, through May 1, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from March 27, 2023 through May 1, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED.**

Dated: March 22, 2023

Hon. James Donato
United States District Judge