ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

DANBEE C. KIM (NYBN 5431523)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Danbee.kim2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     Plaintiff, <br><br>   v. <br><br> CAROLYNE MICHELLE MORGAN, <br> RHIANNON STEWART, <br><br>     Defendant. | No. 3:22-CR-00461 JD <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |

    The parties to the above-captioned matter respectfully request that the status conference in this case currently set for May 1, 2023 be continued to June 12, 2023. The parties met and conferred about the protective order, a process that took several weeks, and having reached an agreement on the parameters of the protective order (ECF 19), the first discovery production of over 16,000 pages and numerous media files was made on March 31, 2023 and April 7, 2023. A second sizeable discovery production is currently underway. As such, the parties jointly request the status conference be continued in order to allow for discovery review and plea negotiations.

    The parties further stipulate and agree that in the interest of justice, time from May 1, 2023, through June 12, 2023, should be excluded from computation under the Speedy Trial Act in order to

allow counsel time to review discovery produced by the government. 18 U.S.C. § 3161(h)(7)(A), (B)(iv). The parties additionally stipulate that the ends of justice served by excluding the period outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (B)(iv).

      The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED.**                          ISMAIL J. RAMSEY
                                                  United States Attorney

Dated: April 25, 2023                             ___/s/_____
                                                  Danbee Kim
                                                  Assistant United States Attorney


                                                  ___/s/_____
                                                  Robert Waggener
                                                  Counsel for Defendant Morgan

                                                  ___/s/_____
                                                  Elizabeth Falk
                                                  Counsel for Defendant Stewart

STIPULATION TO CONTINUE STATUS AND TO EXCLUDE TIME AND [PROPOSED] ORDER
3:22-CR-00461 JD

**[PROPOSED] ORDER**

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the status conference in the above-captioned matter is continued to June 12, 2023, in San Francisco, Courtroom 11, 19th Floor before Judge James Donato.

Further, based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court finds the ends of justice served by excluding the time from May 1, 2023, through June 12, 2023, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 1, 2023 through June 12, 2023, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED.**

Dated:  April 26, 2023

Hon. James Donato
United States District Judge