ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NICHOLAS M. PARKER (CABN 297860)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    Fax: (415) 436-7234
    Nicholas.Parker3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYNE MICHELLE MORGAN, <br>     a/k/a "Michelle Morgan," <br>     a/k/a "Michelle Luevano," <br>     a/k/a "Michelle Ward," <br>     a/k/a "Michelle Oliphant," <br>     a/k/a "Michelle Moore," and <br> RHIANNON STEWART, <br><br> Defendants. | CASE NO. 3:22-CR-00461 JD <br><br> **STIPULATION TO CONTINUE STATUS CONFERENCE TO MARCH 18, 2024, AND EXCLUDE TIME UNTIL THAT DATE;** ~~**[PROPOSED]**~~ **ORDER** |

WHEREAS, there presently is a status conference scheduled in the above-captioned matter for January 29, 2024;

WHEREAS, the government has produced extensive discovery, including thousands of pages of bank records and a large quantity of electronic data;

WHEREAS, counsel for the defendants is continuing to review the discovery already produced; and

WHEREAS, the parties are engaged in active discussions regarding whether and how to resolve the case and would benefit from additional time for those discussions and to ensure effective preparation.

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the United States and counsel for the defendants, Carolyn Michelle MORGAN and Rhiannon STEWART, that the status conference presently scheduled for January 29, 2024, be continued to March 18, 2024, and that time be excluded under the Speedy Trial Act for the duration of that time.

The government and counsel for the defendants agree that time should be excluded under the Speedy Trial Act so that defense counsel may continue to prepare, including by reviewing the discovery already produced. For these reasons, the parties stipulate and agree that excluding time until March 18, 2024, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from January 29, 2024, through March 18, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendants to file this stipulation and proposed order.

**IT IS SO STIPULATED**.

DATED:  January 26, 2024                           Respectfully submitted,

                                                   ISMAIL J. RAMSEY
                                                   United States Attorney


                                                    /s/ *Nicholas Parker*
                                                   NICHOLAS M. PARKER
                                                   Assistant United States Attorney


DATED:  January 26, 2024                            /s/ *Robert Waggener*
                                                   ROBERT WAGGENER
                                                   Counsel for Defendant MORGAN


DATED:  January 26, 2024                            /s/ *Elizabeth Falk*
                                                   ELIZABETH FALK
                                                   Counsel for Defendant STEWART

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court (i) continues the status conference presently set for January 29, 2024, to March 18, 2024; and (ii) finds that failing to exclude the time from January 29, 2024, through March 18, 2024, would unreasonably deny defense counsel and the defendants the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from January 29, 2024, through March 18, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendants in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that (i) the status conference presently set for January 29, 2024, is continued to March 18, 2024; and (ii) the time from January 29, 2024, through March 18, 2024, shall be excluded from computation under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED**.

DATED: January 26, 2024

HON. JAMES DONATO
United States District Judge