ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NICHOLAS M. PARKER (CABN 297860)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    Fax: (415) 436-7234
    Nicholas.Parker3@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYNE MICHELLE MORGAN, <br>     a/k/a "Michelle Morgan," <br>     a/k/a "Michelle Luevano," <br>     a/k/a "Michelle Ward," <br>     a/k/a "Michelle Oliphant," <br>     a/k/a "Michelle Moore," <br><br> Defendant. | CASE NO. 3:22-CR-00461-001 JD <br><br> **STIPULATION TO CONTINUE CHANGE OF PLEA TO SEPTEMBER 16, 2024, AND EXCLUDE TIME UNTIL THAT DATE;** ~~**[PROPOSED]**~~ **ORDER** |

WHEREAS, there presently is a change-of-plea hearing scheduled in the above-captioned matter for August 12, 2024; and

WHEREAS, the parties are engaged in active discussions regarding how to resolve the case and would benefit from additional time for those discussions and to ensure effective preparation in view of the extensive discovery already produced, which defense counsel is continuing to review.

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the United States and counsel for the defendant, Carolyne Michelle MORGAN, that the change-of-plea hearing presently

scheduled for August 12, 2024, be continued to September 16, 2024, and that time be excluded under the Speedy Trial Act for the duration of that time.

The government and counsel for the defendant agree that time should be excluded under the Speedy Trial Act so that defense counsel may continue to prepare, including by reviewing the discovery already produced. For these reasons, the parties stipulate and agree that excluding time until September 16, 2024, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from August 12, 2024, through September 16, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED**.

DATED: August 8, 2024               Respectfully submitted,

                                    ISMAIL J. RAMSEY
                                    United States Attorney


                                     /s/ *Nicholas Parker*
                                    NICHOLAS M. PARKER
                                    Assistant United States Attorney


DATED: August 8, 2024                /s/ *Robert Waggener*
                                    ROBERT WAGGENER
                                    Counsel for Defendant MORGAN

## ~~[PROPOSED]~~ ORDER

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court (i) continues the change-of-plea hearing presently set for August 12, 2024, to September 16, 2024; and (ii) finds that failing to exclude the time from August 12, 2024, through September 16, 2024, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from August 12, 2024, through September 16, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that (i) the change-of-plea hearing presently set for August 12, 2024, is continued to September 16, 2024; and (ii) the time from August 12, 2024, through September 16, 2024, shall be excluded from computation under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED**.

DATED: August 9, 2024

_____
HON. JAMES DONATO
United States District Judge