1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

3 | MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4 | NICHOLAS M. PARKER (CABN 297860)
Assistant United States Attorney

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7368

7 | Nicholas.Parker3@usdoj.gov

8 | Attorneys for United States of America

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-CR-00461-001 JD |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE CHANGE-OF-PLEA HEARING TO DECEMER 16, 2024, AND EXCLUDE TIME UNTIL THAT DATE;** [PROPOSED] **ORDER** |
| CAROLYNE MICHELLE MORGAN, a/k/a "Michelle Morgan," a/k/a "Michelle Luevano," a/k/a "Michelle Ward," a/k/a "Michelle Oliphant," a/k/a "Michelle Moore," | |
| Defendant. | |

WHEREAS, there presently is a change-of-plea hearing scheduled in the above-captioned matter for November 4, 2024;

WHEREAS, the parties have agreed to resolve the case but would benefit from additional time to finalize the factual basis of their agreement and to ensure effective preparation in view of the extensive discovery already produced, which defense counsel is continuing to review; and

WHEREAS, the defendant has made an additional, targeted discovery request that the government has addressed and identified or produced responsive documentation that defense counsel needs time to review, particularly as to the issue of loss.

STIPULATION AND [PROPOSED] ORDER            1
3:22-CR-00461-001 JD

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the United States and counsel for the defendant, Carolyne Michelle MORGAN, that the change-of-plea hearing presently scheduled for November 4, 2024, be continued to December 16, 2024, and that time be excluded under the Speedy Trial Act for the duration of that time.

The government and counsel for the defendant agree that time should be excluded under the Speedy Trial Act so that defense counsel may continue to prepare, including by reviewing the discovery already produced. For these reasons, the parties stipulate and agree that excluding time until December 16, 2024, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from November 4, 2024, through December 16, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED**.

DATED: October 31, 2024                                       Respectfully submitted,

                                                              ISMAIL J. RAMSEY
                                                              United States Attorney


                                                               /s/ *Nicholas Parker*
                                                              NICHOLAS M. PARKER
                                                              Assistant United States Attorney


DATED: October 31, 2024                                        /s/ *Robert Waggener*
                                                              ROBERT WAGGENER
                                                              Counsel for Defendant MORGAN

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court (i) continues the change-of-plea hearing presently set for November 4, 2024, to December 16, 2024; and (ii) finds that failing to exclude the time from November 4, 2024, through December 16, 2024, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from November 4, 2024, through December 16, 2024, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that (i) the change-of-plea hearing presently set for November 4, 2024, is continued to December 16, 2024; and (ii) the time from November 4, 2024, through December 16, 2024, shall be excluded from computation under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED**.

DATED: November 1, 2024

JAMES DONATO
United States District Judge