1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  MARTHA BOERSCH (CABN 126569)
   Chief, Criminal Division
4  NICHOLAS M. PARKER (CABN 297860)
   Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7368
      Nicholas.Parker3@usdoj.gov
8  Attorneys for United States of America

9                       UNITED STATES DISTRICT COURT
10                     NORTHERN DISTRICT OF CALIFORNIA
11                           SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA, | ) CASE NO. 3:22-CR-00461-001 JD
13 |     Plaintiff, | )
14 |   v. | ) **STIPULATION TO CONTINUE CHANGE-OF-PLEA HEARING TO FEBRUARY 24, 2025, AND EXCLUDE TIME UNTIL THAT DATE;**
15 | CAROLYNE MICHELLE MORGAN, | ) [PROPOSED] **ORDER**
16 |     a/k/a "Michelle Morgan,"
       a/k/a "Michelle Luevano," | )
17 |   a/k/a "Michelle Ward,"
       a/k/a "Michelle Oliphant," | )
18 |   a/k/a "Michelle Moore," | )
19 |     Defendant. | )

21     WHEREAS, there presently is a change-of-plea hearing scheduled in the above-captioned matter
22 for December 16, 2024;
23     WHEREAS, the parties have agreed to resolve the case but would benefit from additional time to
24 finalize the factual basis of their agreement and to ensure effective preparation in view of the extensive
25 discovery already produced, which defense counsel is continuing to review; and
26     WHEREAS, the defendant has made an additional, targeted discovery request that the
27 government has partially addressed and in response to which the government anticipates making one
28 more modest production in the near term.

STIPULATION AND [PROPOSED] ORDER          1
3:22-CR-00461-001 JD

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the United States and counsel for the defendant, Carolyne Michelle MORGAN, that the change-of-plea hearing presently scheduled for December 16, 2024, be continued to February 24, 2025, and that time be excluded under the Speedy Trial Act for the duration of that time.

The government and counsel for the defendant agree that time should be excluded under the Speedy Trial Act so that defense counsel may continue to prepare, including by reviewing the discovery already produced. For these reasons, the parties stipulate and agree that excluding time until February 24, 2025, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from December 16, 2024, through February 24, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

**IT IS SO STIPULATED**.

DATED:  December 12, 2024                                   Respectfully submitted,

                                                                                 ISMAIL J. RAMSEY
                                                                                 United States Attorney


                                                                                  /s/ *Nicholas Parker*
                                                                                 NICHOLAS M. PARKER
                                                                                 Assistant United States Attorney


DATED:  December 12, 2024                                    /s/ *Robert Waggener*
                                                                                 ROBERT WAGGENER
                                                                                 Counsel for Defendant MORGAN

STIPULATION AND [PROPOSED] ORDER          2
3:22-CR-00461-001 JD

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court (i) continues the change-of-plea hearing presently set for December 16, 2024, to February 24, 2025; and (ii) finds that failing to exclude the time from December 16, 2024, through February 24, 2025, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from December 16, 2024, through February 24, 2025, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that (i) the change-of-plea hearing presently set for December 16, 2024, is continued to February 24, 2025; and (ii) the time from December 16, 2024, through February 24, 2025, shall be excluded from computation under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED**.

DATED: December 12, 2024

JAMES DONATO
United States District Judge