CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

NICHOLAS M. PARKER (CABN 297860)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7368
    Nicholas.Parker3@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:22-CR-00461-001 JD |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE SENTENCING TO APRIL 13, 2026;** ~~[PROPOSED]~~ **ORDER** |
| CAROLYNE MICHELLE MORGAN, a/k/a "Michelle Morgan," a/k/a "Michelle Luevano," a/k/a "Michelle Ward," a/k/a "Michelle Oliphant," a/k/a "Michelle Moore," | |
| Defendant. | |

WHEREAS, there presently is a sentencing hearing scheduled in the above-captioned matter for March 30, 2026; and

WHEREAS, the undersigned Assistant United States Attorney will be unavailable on that date.

**IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for the United States and counsel for the defendant, Carolyne Michelle MORGAN, that the sentencing hearing presently scheduled for March 30, 2026, be continued to April 13, 2026.

STIPULATION AND [PROPOSED] ORDER      1
3:22-CR-00461-001 JD

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

DATED:  January 14, 2026                              Respectfully submitted,

                                                     CRAIG H. MISSAKIAN
                                                     United States Attorney


                                                      /s/ *Nicholas Parker*
                                                     NICHOLAS M. PARKER
                                                     Assistant United States Attorney


DATED:  January 14, 2026                               /s/ *Robert Waggener*
                                                     ROBERT WAGGENER
                                                     Counsel for Defendant MORGAN

STIPULATION AND [PROPOSED] ORDER          2
3:22-CR-00461-001 JD

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court continues the sentencing hearing presently set for March 30, 2026, to April 13, 2026.

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the sentencing hearing presently set for March 30, 2026, is continued to April 13, 2026.

**IT IS SO ORDERED**.

DATED:   January 29, 2026

_____
HON. JAMES DONATO
United States District Judge

STIPULATION AND [PROPOSED] ORDER          3
3:22-CR-00461-001 JD