ROBERT WAGGENER (SBN 118450)
214 Duboce Ave.
San Francisco, CA 94103
Telephone: (415) 431-4500
rwlaw@mindspring.com

**Attorney for Defendant**
**CAROLYNE MORGAN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

            Plaintiff,

    vs.

CAROLYNE MORGAN,

            Defendant.

Case No.  CR-22-00461 JD

**STIPULATION AND [PROPOSED]**
**ORDER TO CONTINUE**
**SENTENCING**

**IT IS HEREBY STIPULATED** by and between the parties that the sentencing of Carolyne Morgan currently set for April 13, 2026 at 11:00 a.m. be continued to May 11, 2026, at 11:00 a.m.

This stipulation is agreed to by the parties based on the need for additional time to prepare the PreSentence Report (PSR) for Ms. Morgan. Defendant Morgan is out of custody, currently residing in Fountain Hills, Arizona. All parties, including United States Probation Officer Ashley Polk, are available on May 11, 2026 at 11:00 a.m.

Dated: March 13, 2026                                         /s/

                                        ROBERT WAGGENER
                                        Attorney for Defendant CAROLYNE mORGAN

Dated: March 13, 2026                                    /s/

                                        NICHOLAS PARKER
                                        Assistant United States Attorney

                        - 1 -            STIPULATION AND [PROPOSED] ORDER
                                        CONTINUING SENTENCING HEARING

**[PROPOSED] ORDER**

The foregoing considered, IT IS HEREBY ORDERED that Defendant Morgan's sentencing be continued to May 11, 2026 at 11:00 a.m.

Dated: March 24, 2026

_____
JAMES DONATO
UNITED STATES DISTRICT COURT JUDGE

- 2 -                    STIPULATION AND [PROPOSED] ORDER
                         CONTINUING SENTENCING HEARING